# IN THE UNITED STATES COURT FOR THE
## NORTHERN DISTRICT OF MISSISSIPPI
### (Greenville Division)

| | |
|---|---|
| GILLMAN OF FORT BEND, INC.<br><br>*Plaintiff,*<br>v.<br><br>OTIS RILEY, JR.<br><br>*Defendant*<br><br>and<br><br>RENASANT BANK<br><br>*Garnishee* | Civil Action No.: 4:22-CV-038-DMB-JMV |

TO ANY LAWFUL OFFICER OF THE STATE OF MISSISSIPPI, OR ANY OTHER PERSON AUTHORIZED BY LAW TO SERVE PROCESS:

 The undersigned, in the above styled cause in the United States Court for the Northern District of Mississippi, Greenville Division, respectfully shows that on June 16, 2022, a judgment was entered in favor of Plaintiff, Gillman of Fort Bend, Inc., against **Otis Riley, Jr.**, **in the amount of $74,515.44.** (See Exhibit "A")

 Said Judgment has been duly enrolled on the Judgment Roll of Attala County, Mississippi as provided by law; that the following portion of said judgment remains due and unpaid: **Balance of $74,515.44, with interest continuing to accrue** and has never been assigned by Gillman of Fort Bend, Inc., to anyone and undersigned hereby suggests that The Citizens Bank has property of Otis Riley, Jr., in its hands or knows of some other person who is indebted or who has effects or property of Otis Riley, Jr., in its hands.

 And Gillman of Fort Bend, Inc., having made proper suggestion for writ of garnishment, we therefore command you to summons **Renasant Bank, by and through its registered agent for service of process, CT Corporation System, located at 645 Lakeland East Drive Ste 101, Flowood, MS 39232** to appear in this Court ON OR BEFORE THIRTY DAYS FROM SERVICE OF THIS WRIT UPON YOU then and there to answer under oath in writing:

 First – Whether you are indebted to the Defendant or are so indebted at the time of the service of the writ on you or have at any time since been so indebted; and if so indebted, at what sum, whether due or not, and when due or to become due and how the debt is evidenced and what interest it bears. Said indebtedness is to include, but not be limited to, all checking and savings accounts, certificates of deposit, and the contents of any safety deposit boxes at the time of service of process, therefore.

Second – What effects of the Defendant you have or had at any time of the service of the writ on you or have had since in your possession or under control.

Third – Whether you know or believe any person is indebted to the Defendant in his or her possession or under his or her control and if so, who and where he or she resides.

Fourth – Whether you know or believe that any other person has effects of the Defendant in his or her possession or under his or her control and if so, who and where he or she resides.

Fifth - If the said judgment debtor is your employee, his wages, salary, or other compensation is totally exempt for a period of thirty (30) days from the date of the service of this writ, thereafter 75% of said wages, salary, or other compensation due or to become due is exempt by law from garnishment. The remaining nonexempt disposable earnings shall be retained by you for such time as necessary to accumulate a sum equal to the amount shown on the writ as due and unless otherwise authorized by the court you shall make one (1) payment to the Court when said amount has been accumulated, provided that at least one payment must be made per year for the amount withheld during the preceding year. If the Defendant leaves your employment, you shall notify the Court within 15 days and pay into Court all sums that have been withheld.

WITNESS MY SIGNATURE and seal of this office, this the 21st day of March, 2023.

s/ David Crews
Clerk of Court by jla

Issued at the request of:

Chadwick M. Welch (MSB No. 105588)
HEIDELBERG PATTERSON WELCH WRIGHT
368 Highland Colony Parkway
Ridgeland, Mississippi 39157
cwelch@hpwlawgroup.com