IN THE UNITED STATES COURT FOR THE
NORTHERN DISTRICT OF MISSISSIPPI
(Greenville Division)

| | |
|---|---|
| GILLMAN OF FORT BEND, INC.<br><br>    *Plaintiff*,<br>v.<br><br>OTIS RILEY, JR.<br><br>    *Defendant*<br><br>and<br><br>RENASANT BANK<br><br>    *Garnishee* | Civil Action No.: 4:22-CV-038-DMB-JMV |

**SUMMONS**
**WRIT OF EXECUTION**

**TO: The U.S. Marshall for the Northern District of Mississippi**

We command you to immediately seize and take possession of the following property located at Renasant Bank, 3618 West Jackson Street, Tupelo, MS 38803: **Bank account at Renasant Bank in the name of Otis Riley, Jr.** ("Defendant"). You are to seize and take possession from Defendant, by whatever means may be necessary and to deliver said property to Plaintiff Gillman of Fort Bend, Inc.

WITNESS MY SIGNATURE and seal of this office, this the 25th day of April, 2023.

                                                                     CLERK OF THE COURT,
                                                                     USDC NORTHERN DISTRICT OF MS

                                                                     s/ David Crews
                                                                     Clerk of Court  by jla

Issued at the request of:

Chadwick M. Welch (MSB No. 105588)
HEIDELBERG PATTERSON WELCH WRIGHT
368 Highland Colony Parkway
Ridgeland, Mississippi 39157
cwelch@hpwlawgroup.com