IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**GILLMAN OF FORT BEND, INC.**                                             **PLAINTIFF**

**V.**                                                **NO. 4:22-CV-38-DMB-JMV**

**OTIS RILEY, JR.**                                                      **DEFENDANT**

**ORDER**

On March 7, 2024, the Court set aside the default judgment against Otis Riley, Jr., obtained by Gillman of Fort Bend, Inc. Doc. #51. Later the same day, Gillman filed a motion "request[ing] the Court dismiss the Writ of Garnishment issued to Renasant Bank regarding the account owned by Defendant Otis Riley, Jr." Doc. #52 at PageID 427. On March 12, 2024, Riley filed a response to the motion representing that he "does not oppose [Gillman]'s request." Doc. #56 at PageID 437.

Upon consideration, Gillman's "Motion to Dismiss Writ of Garnishment" [52] is **GRANTED**. The writ of garnishment issued to Renasant Bank [24] is **DISSOLVED** such that the garnishment is of no force and effect; and the funds held by Renasant Bank pursuant to its amended garnishment answer may be immediately released to Otis Riley, Jr.

**SO ORDERED**, this 26th day of March, 2024.

                                                                   /s/Debra M. Brown
                                                                   **UNITED STATES DISTRICT JUDGE**